Exhibit 1

Int. Cl.: 37

Prior U.S. Cl.: 103

Reg. No. 646,914

**United States Patent and Trademark Office**

Registered June 11, 1957

10 Year Renewal

Renewal Term Begins June 11, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

### GMC

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

OWNER OF U.S. REG. NOS. 193,674, 613,474 AND OTHERS.

FOR: MAINTENANCE AND REPAIR SERVICE FOR AUTOMOTIVE VEHICLES, PARTS, AND ACCESSORIES FOR OTHERS, IN CLASS 103 (INT. CL. 37).

FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.

SER. NO. 72-002,413, FILED 2-10-1956.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 7, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**646,914**
Registered June 11, 1957

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 2,413, filed Feb. 10, 1956

## GMC

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit 2, Mich.

For: MAINTENANCE AND REPAIR SERVICE FOR AUTOMOTIVE VEHICLES, PARTS, AND ACCESSORIES FOR OTHERS, in CLASS 103.

First use in or before 1912; in commerce in or before 1912.

Owner of Reg. Nos. 193,674, 613,474, and others.

COMB. AFF. SEC. 8 & 15
JAN 2 1963

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent Office

Reg. No. 1,062,719
Registered Apr. 5, 1977

## TRADEMARK
### Principal Register

## GMC

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: MOTOR VEHICLES—NAMELY, TRUCKS—
in CLASS 12 (U.S. CI. 19).
First use August 1963; in commerce August 1963.
Owner of Reg. Nos. 193,674 and 613,474.

Ser. No. 92,320, filed July 2, 1976.

M. B. SILEN, Examiner

Int. Cl.: **12**

Prior U.S. Cl.: **19**

Reg. No. **1,337,811**

## United States Patent and Trademark Office  Registered May 28, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
3044 W. GRAND BLVD.
DETROIT, MI 48202

 FOR: MOTOR DRIVEN TRUCKS AND
BUSES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 0-0-1911; IN COMMERCE
0-0-1911.
 OWNER OF U.S. REG. NO. 193,674.

 SER. NO. 505,631, FILED 10-25-1984.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,337,811

## United States Patent and Trademark Office

Registered May 28, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 W. GRAND BLVD.
DETROIT, MI 48202

FOR: MOTOR DRIVEN TRUCKS AND
BUSES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 0–0–1911; IN COMMERCE
0–0–1911.

OWNER OF U.S. REG. NO. 193,674.

SER. NO. 505,631, FILED 10–25–1984.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,470,781

**United States Patent and Trademark Office**    Registered Dec. 29, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-1-1983; IN COMMERCE
1-1-1983.
OWNER OF U.S. REG. NOS. 646,914, 1,337,811
AND OTHERS.

SER. NO. 662,764, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

| | |
|---|---|
| Int. Cl.: 12 | |
| Prior U.S. Cls.: 19 and 23 | Reg. No. 1,573,202 |
| **United States Patent and Trademark Office** | Registered Dec. 26, 1989 |
| 10 Year Renewal | Renewal Term Begins Dec. 26, 1999 |

## TRADEMARK
## PRINCIPAL REGISTER

### SIERRA

GENERAL MOTORS CORPORATION
(DELAWARE CORPORATION)
3011 WEST GRAND BOULEVARD
DETROIT, MI 48202

OWNER OF U.S. REG. NO. 1,192,074.

FOR: MOTORS VEHICLES; NAMELY,
TRUCKS, ENGINES THEREFOR, AND
STRUCTURAL PARTS THEREOF, IN
CLASS 12 (U.S. CLS. 19 AND 23).
FIRST USE 9–30–1973; IN COMMERCE
9–30–1973.

SER. NO. 73–738,098, FILED 7–5–1988.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Mar. 21, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,573,202
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## SIERRA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTORS VEHICLES; NAMELY,
TRUCKS, ENGINES THEREFOR, AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19 AND 23).

FIRST USE 9–30–1973; IN COMMERCE
9–30–1973.

OWNER OF U.S. REG. NO. 1,192,074.

SER. NO. 73–738,098, FILED 7–5–1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl's.: 19 and 23

**United States Patent and Trademark Office**

Reg. No. 1,569,557

Registered Dec. 5, 1989

10 Year Renewal

Renewal Term Begins Dec. 5, 1999

## TRADEMARK
## PRINCIPAL REGISTER

### GMC

GENERAL MOTORS CORPORATION
(DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

OWNER OF U.S. REG. NOS. 646,914, 1,470,781 AND OTHERS.

FOR: MOTOR VEHICLES; NAMELY, TRUCKS, PICK-UP TRUCKS, SPORT UTILITY TRUCKS, CARGO VANS, PASSENGER VANS, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF; CABS AND CHASSIS FOR TRUCKS, CABS AND CHASSIS FOR RECREATIONAL VEHICLES, CHASSIS FOR MOTOR HOMES, AND CHASSIS FOR BUSES, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 12-31-1911; IN COMMERCE 12-31-1911.

SER. NO. 73-793,104, FILED 4-6-1989.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 18, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

Reg. No. 1,569,557

# United States Patent and Trademark Office

Registered Dec. 5, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY,
TRUCKS, PICK-UP TRUCKS, SPORT UTILITY
TRUCKS, CARGO VANS, PASSENGER VANS,
ENGINES THEREFOR AND STRUCTURAL
PARTS THEREOF; CABS AND CHASSIS FOR
TRUCKS, CABS AND CHASSIS FOR RECRE-
ATIONAL VEHICLES, CHASSIS FOR MOTOR
HOMES, AND CHASSIS FOR BUSES, IN CLASS
12 (U.S. CLS. 19 AND 23).

FIRST USE 12–31–1911; IN COMMERCE
12–31–1911.

OWNER OF U.S. REG. NOS. 646,914, 1,470,781
AND OTHERS.

SER. NO. 793,104, FILED 4–6–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,598,480
Registered May 29, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## YUKON

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY,
TRUCKS, ENGINES THEREFOR AND STRUC-

TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19 AND 23).
FIRST USE 10–23–1989; IN COMMERCE
10–23–1989.

SER. NO. 73–837,132, FILED 11–9–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,057,709

Registered Apr. 29, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SAVANA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, PAS-
SENGER AND CARGO VANS, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-9-1996; IN COMMERCE
2-9-1996.

SN 74-471,686, FILED 12-17-1993.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,057,709

Registered Apr. 29, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SAVANA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, PAS-
SENGER AND CARGO VANS, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-9-1996; IN COMMERCE
2-9-1996.

SN 74-471,686, FILED 12-17-1993.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,224,539

Registered Feb. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## DENALI

GENERAL MOTORS ACCEPTANCE CORPO-
RATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY SPORT
UTILITY VEHICLES, ENGINES THEREFOR
AND STRUCTURAL PARTS THEREOF, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2–2–1998; IN COMMERCE
2–2–1998.

SN 75–056,070, FILED 2–12–1996.

CINDY GREENBAUM, EXAMINING ATTOR-
NEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,245,635

## United States Patent and Trademark Office

Registered May 18, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

AM GENERAL CORPORATION (DELAWARE CORPORATION)
P.O. BOX 7025
SOUTH BEND, IN 466347025

FOR: TOYS, NAMELY, TOY TRUCKS AND MODEL KITS FOR BUILDING TOY TRUCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

OWNER OF U.S. REG. NO. 1,730,936.

SER. NO. 75-387,765, FILED 11-10-1997.

JUDITH GRUNDY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,414,500**

**Registered Dec. 19, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTOR CORPORATION (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000 BY ASSIGNMENT; BY ASSIGNMENT AM GENERAL CORPORATION (DELAWARE CORPORATION) SOUTH BEND, IN 466347025

FOR: FOOTWEAR AND APPAREL, NAMELY, SOCKS, HOSIERY, UNDERWEAR, HATS, SCARVES, GLOVES, EARMUFFS, JACKETS, PANTS, SHORTS, SKIRTS, SHIRTS, SWEATSHIRTS AND SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1998; IN COMMERCE 11–0–1998.

OWNER OF U.S. REG. NOS. 1,730,936 AND 2,238,142.

SN 75–566,119, FILED 10–6–1998.

TAMI COHEN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,732,501

## United States Patent and Trademark Office

Registered July 1, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTOR CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BICYCLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-8-2002; IN COMMERCE 11-8-2002.

OWNER OF U.S. REG. NOS. 1,730,936 AND 2,245,635.

SN 75-846,065, FILED 11-9-1999.

AMOS T. MATTHEWS, JR., EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,455,330
Registered May 29, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
PO BOX 300
DETROIT, MI 482653000

FOR: JACKETS, JOGGING SUITS, PARKAS, COATS, SWEAT SHIRTS, SWEAT PANTS, BASE-BALL SHIRTS, SHORTS, T-SHIRT, HATS, SHOES, BANDANAS, GLOVES, ROBES, SWEATERS, TIES,

SOCKS, APRONS, SHIRT, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

SER. NO. 76-062,040, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

**Int. Cl.: 21**

**Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50**

**Reg. No. 2,459,744**

# United States Patent and Trademark Office

**Registered June 12, 2001**

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
PO BOX 300
DETROIT, MI 482653000

FOR: CUPS, MUGS, PORTABLE COOLERS, POR-
TABLE ICE CHESTS FOR FOOD AND BEVERAGES,
JARS SOLD EMPTY, SALT AND PEPPER SHAKERS,

CAR DUSTERS , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29,
30, 33, 40 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,041, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,461,681
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

    FOR: LEATHER CARD HOLDERS, TOTE BAGS,
DUFFEL BAGS, ATHLETIC BAGS, LUGGAGE, UM-

BRELLAS, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

    FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

    SER. NO. 76-062,043, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,449,301

Registered May 8, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: SUNGLASSES, MAGNETS, THERMOME-TERS NOT FOR MEDICAL USE, ANTENNAES, COMPUTER GAME SOFTWARE, TELEPHONES, MOUSE PADS, COMPUTER PERIPHERALS, NAME-LY, WRIST RESTS, NEON SIGNS, CALCULATORS AND RADIOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,835, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,449,301
Registered May 8, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: SUNGLASSES, MAGNETS, THERMOME-
TERS NOT FOR MEDICAL USE, ANTENNAES,
COMPUTER GAME SOFTWARE, TELEPHONES,
MOUSE PADS, COMPUTER PERIPHERALS, NAME-
LY, WRIST RESTS, NEON SIGNS, CALCULATORS

AND RADIOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,835, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,459,748

## United States Patent and Trademark Office

Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: TOYS, NAMELY, DIE CAST TOY VEHI-
CLES, MODEL TOY VEHICLES, RADIO CONTROL-
LED TOY VEHICLES, BOARD GAMES, GOLF
BALLS, BALLOONS, GOLF TEES AND GOLF MAR-
KERS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,110, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

**Int. Cl.: 6**

**Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50**

## United States Patent and Trademark Office

**Reg. No. 2,459,750**
Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL MONEY CLIPS, METAL KNOBS,
NON-MECHANICAL METAL STREET SIGNS, NON-
MECHANICAL METAL PARKING SIGNS, NON-
MECHANICAL TIN SIGNS, METAL KEY RINGS,

METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2,
12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,248, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,461,697

## United States Patent and Trademark Office

Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOCKS, WATCHES, EARRINGS, BELT
BUCKLES OF PRECIOUS METALS, MONEY CLIPS
OF PRECIOUS METALS, LAPEL PINS, TIE TACKS,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,940, FILED 6-6-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

**Int. Cl.: 6**

**Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,457,399**

Registered July 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# H3

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, NON-LUMINOUS AND NON-MECHANICAL METAL STREET SIGNS, METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 8-29-2005; IN COMMERCE 8-29-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,058,165.

SER. NO. 77-315,486, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# H3

**Reg. No. 3,717,305**
Registered Dec. 1, 2009

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: PENS, NOTEPADS, GIFT CARDS, DECALS, STICKERS, BUMPERSTICKERS, CALENDARS, MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK
PRINCIPAL REGISTER**

FIRST USE 10-24-2005; IN COMMERCE 10-24-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-315,489, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,453,396

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# H3

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: MINIATURE MODELS OF VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE CONSTRUC-TION OF TOY VEHICLES, COLLECTABLE TOY CARS, RADIO CONTROLLED TOY CARS, RIDE-ON TOYS IN THE NATURE OF PEDAL CARS, BOARD GAMES, BALLOONS, STAND ALONE VI-DEO GAME MACHINES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, PINBALL MACHINES, CHRISTMAS TREE ORNAMENTS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-5-2005; IN COMMERCE 7-5-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,058,165.

SER. NO. 77-315,490, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**Reg. No. 2,596,034**

## United States Patent and Trademark Office

Registered July 16, 2002

### TRADEMARK
#### PRINCIPAL REGISTER

### WE ARE PROFESSIONAL GRADE

GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

    FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-19-2000; IN COMMERCE 9-19-2000.

SN 78-021,103, FILED 8-14-2000.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,954,605

Registered May 24, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS, COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

SER. NO. 78-051,723, FILED 3-7-2001.

STANLEY I. OSBORNE, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

## United States Patent and Trademark Office

Reg. No. 2,654,456
Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL PIGGY BANKS, METAL DECORA-TIVE BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, METAL LICENSE PLATES, NON-LUMINOUS AND NON-MECHANI-CAL METAL SIGNS, METAL MONEY CLIPS, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, ORNAMENTAL REPLICA VEHI-CLES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL STREET SIGNS, ME-TAL TOOL BOXES AND METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

SER. NO. 78-053,979, FILED 3-20-2001.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,645,796
Registered Nov. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BINOCULARS; CALCULATORS; PHOTO-
GRAPH CAMERAS; COMPASSES; COMPUTER
MOUSE PADS; COMPUTER MOUSES; COMPUTER
GAME SOFTWARE FOR USE IN ARCADE GAMES,
HAND HELD ELECTRONIC GAMES AND VIDEO
GAMES; COMPUTER SCREEN SAVER SOFTWARE;
COMPUTER AND VIDEO GAME CARTRIDGES;
VIDEO GAME INTERACTIVE HAND HELD RE-
MOTE CONTROLS FOR PLAYING ELECTRONIC
GAMES; HAND HELD JOY STICK UNITS FOR
PLAYING VIDEO GAMES; ELECTRIC SIGNS; EYE-

GLASS CASES; EYEGLASSES; GRADUATED RU-
LERS; MAGNETS; MAGNIFYING GLASSES; NEON
SIGNS, PRE-RECORDED VIDEO TAPES FEATUR-
ING INFORMATION ON AUTOMOBILES; RADIO
ANTENNAS; RADIOS; SUNGLASSES; TAPE MEA-
SURES; TELEPHONES; THERMOMETERS NOT
FOR MEDICAL USE; TIRE PRESSURE GAUGES;
VIDEO TAPE REWINDERS; AND YARD STICKS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

SER. NO. 78-053,982, FILED 3-20-2001.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 26

Prior U.S. Cls.: 37, 39, 40, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,625,050

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BELT BUCKLES FOR CLOTHES NOT OF
PRECIOUS METAL, EMBROIDERED EMBLEMS,
HAT PINS, CLOTH PATCHES FOR CLOTHING
AND ZIPPER PULLS , IN CLASS 26 (U.S. CLS. 37,
39, 40, 42 AND 50).

FIRST USE 11-0-1998; IN COMMERCE 11-0-1998.

SER. NO. 78-053,985, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,515,604

Registered Dec. 4, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: ALMANACS, AUTOMOTIVE BOOKS, PA-
PER OR PLASTIC BAGS FOR MERCHANDISE,
BANK CHECKS, BUMPER STICKERS, BUSINESS
CARD HOLDERS, BUSINESS CARDS, CALEN-
DARS, CHECKBOOK COVERS, CHILDRENS AC-
TIVITY BOOKS, COOKBOOKS, DECALS, DESK TOP
HOLDERS, GIFT WRAPPING PAPER, GREETING
CARDS, LETTER OPENERS, MARKERS, NOTE PAD
HOLDERS, NOTE PADS, PAPER BANNERS, PAPER
COASTERS, PAPER FLAGS, PAPER LUGGAGE

TAGS, PAPER NAPKINS, PAPERWEIGHTS, PEN
AND PENCIL HOLDERS, PENCILS, PENS, PHOTO
ALBUMS, PICTURES, PLAYING CARDS, POCKET
SECRETARIES, POSTCARDS, POSTERS, PRINTED
LABELS, REPRODUCTION LITHOGRAPHIC
PRINTS, STATIONERY FOLDERS, TRADING AND
COLLECTOR CARDS , IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

SER. NO. 78-053,992, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,515,604
Registered Dec. 4, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: ALMANACS, AUTOMOTIVE BOOKS, PA-PER OR PLASTIC BAGS FOR MERCHANDISE, BANK CHECKS, BUMPER STICKERS, BUSINESS CARD HOLDERS, BUSINESS CARDS, CALEN-DARS, CHECKBOOK COVERS, CHILDRENS AC-TIVITY BOOKS, COOKBOOKS, DECALS, DESK TOP HOLDERS, GIFT WRAPPING PAPER, GREETING CARDS, LETTER OPENERS, MARKERS, NOTE PAD HOLDERS, NOTE PADS, PAPER BANNERS, PAPER COASTERS, PAPER FLAGS, PAPER LUGGAGE TAGS, PAPER NAPKINS, PAPERWEIGHTS, PEN AND PENCIL HOLDERS, PENCILS, PENS, PHOTO ALBUMS, PICTURES, PLAYING CARDS, POCKET SECRETARIES, POSTCARDS, POSTERS, PRINTED LABELS, REPRODUCTION LITHOGRAPHIC PRINTS, STATIONERY FOLDERS, TRADING AND COLLECTOR CARDS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

SER. NO. 78-053,992, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,631,795

## United States Patent and Trademark Office

Registered Oct. 8, 2002

### TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BACKPACKS, BILLFOLDS, BRIEFCASES, BUSINESS CARD CASES, CARRY-ON BAGS, CREDIT CARD CASES, COIN CASES, DUFFEL BAGS, FANNY PACKS, GARMENT BAGS FOR TRAVEL, LUGGAGE, OVERNIGHT BAGS, PURSES, SPORT BAGS, TOTE BAGS, TRUNKS FOR TRAVELING, UMBRELLAS AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

SER. NO. 78-053,997, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,707,075**

## United States Patent and Trademark Office
Registered Apr. 15, 2003

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS,
COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS,
HATS, HEADBANDS, JACKETS, MOCCASINS,
NECKTIES, OVERALLS, PANTS, POLO SHIRTS,
RAINWEAR, SLIPPERS, SOCKS, SUNVISORS,
SWEAT PANTS, SWEATERS, T-SHIRTS AND VESTS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2000; IN COMMERCE 10-15-2001.

SER. NO. 78-054,001, FILED 3-20-2001.

TONJA GASKINS, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,625,051

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: INGOTS OF COMMON METAL, METAL
KEY RINGS, METAL KEY FOBS, METAL LICENSE
PLATES, NON-LUMINOUS AND NON-MECHANI-
CAL METAL SIGNS, PARKING SIGNS AND
STREET SIGNS, METAL MONEY CLIPS, METAL
TOOL BOXES AND TOOL RACKS, METAL PIGGY

BANKS, METAL DECORATIVE BOXES AND OR-
NAMENTAL REPLICAS OF VEHICLES MADE OF
PEWTER AND BRONZE, IN CLASS 6 (U.S. CLS. 2, 12,
13, 14, 23, 25 AND 50).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

SER. NO. 78-054,005, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,604,940

## United States Patent and Trademark Office

Registered Aug. 6, 2002

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
  WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: ALMANACS, AUTOMOTIVE BOOKS, PA-
PER AND PLASTIC BAGS FOR MERCHANDISE,
BANK CHECKS, BUMPER STICKERS, DESKTOP
BUSINESS CARD HOLDERS, BUSINESS CARDS,
CALENDARS, CHECKBOOK COVERS, CHIL-
DREN'S ACTIVITY BOOKS, COOKBOOKS, DEC-
ALS, DESK TOP HOLDERS, GIFT WRAPPING
PAPER, GREETING CARDS, LETTER OPENERS,
MARKERS, NOTE PAD HOLDERS, NOTE PADS,
PAPER BANNERS, PAPER COASTERS, PAPER

FLAGS, PAPER LUGGAGE TAGS, PAPER NAP-
KINS, PAPERWEIGHTS, PEN AND PENCIL HOLD-
ERS, PENCILS, PENS, PHOTO ALBUMS, PICTURES,
PLAYING CARDS, POCKET SECRETARIES, POST-
CARDS, POSTERS, PRINTED LABELS, REPRODUC-
TION LITHOGRAPHIC PRINTS, STATIONERY
FOLDERS, TRADING AND COLLECTOR CARDS ,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

SER. NO. 78-054,011, FILED 3-20-2001.

SUELLEN HICKEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,659,457

Registered Dec. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS, COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS, VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

OWNER OF U.S. REG. NO. 2,420,425.

SER. NO. 78-056,445, FILED 4-3-2001.

MICHAEL TANNER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,740,337

Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS
TREE ORNAMENTS, COLLECTABLE TOY CARS,
DIE CAST VEHICLE MODELS, PEDDLE CARS,
COIN- OR NON-COIN OPERATED PINBALL MA-
CHINES, PLASTIC VEHICLE HOBBY KITS FOR
THE CONSTRUCTION OF TOY VEHICLES, PLAS-
TIC VEHICLE MODELS, RADIO CONTROLLED
CARS, VIDEO GAMES, NAMELY, COIN-OPER-

ATED VIDEO GAMES AND STAND ALONE VIDEO
GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

OWNER OF U.S. REG. NOS. 1,730,936, 2,420,425
AND OTHERS.

SER. NO. 78-056,452, FILED 4-3-2001.

MICHAEL TANNER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,740,337

## United States Patent and Trademark Office

Registered July 22, 2003

### TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTABLE TOY CARS, DIE CAST VEHICLE MODELS, PEDDLE CARS, COIN- OR NON-COIN OPERATED PINBALL MACHINES, PLASTIC VEHICLE HOBBY KITS FOR THE CONSTRUCTION OF TOY VEHICLES, PLASTIC VEHICLE MODELS, RADIO CONTROLLED CARS, VIDEO GAMES, NAMELY, COIN-OPER-

ATED VIDEO GAMES AND STAND ALONE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

OWNER OF U.S. REG. NOS. 1,730,936, 2,420,425 AND OTHERS.

SER. NO. 78-056,452, FILED 4-3-2001.

MICHAEL TANNER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,744,964
Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## LIKE NOTHING ELSE

MODERNISTA!, LTD. (MASSACHUSETTS COR-
PORATION)
109 KINGSTON STREET
BOSTON, MA 02111

FOR: SHIRTS, TEE SHIRTS, SWEATSHIRTS,
JACKETS, VESTS, PANTS, SHORTS, OVERALLS,
HATS AND VISORS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

OWNER OF U.S. REG. NO. 2,696,730.

SN 78-070,791, FILED 6-25-2001.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,683,735
Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SIERRA

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS,

NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1988; IN COMMERCE 1-1-1988.

SER. NO. 78-096,306, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,700,392

Registered Mar. 25, 2003

## TRADEMARK
## PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEDS, CHAIRS, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PIC-TURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-IONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1955; IN COMMERCE 1-1-1955.

OWNER OF U.S. REG. NO. 2,461,697.

SER. NO. 78-096,309, FILED 12-3-2001.

EDD VASQUEZ, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,926,350
Registered Feb. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTERP.O. BOX 300
DETROIT, MI 482653000

FOR: TOYS, NAMELY, MINIATURE MODELS OF VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE CONSTRUCTION OF TOY VEHICLES, COLLECT-ABLE TOY CARS, RADIO CONTROLLED CARS, PEDDLE CARS, BOARD GAMES, BALLOONS, STAND ALONE VIDEO GAME MACHINES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, PIN-BALL MACHINES AND CHRISTMAS TREE ORNA-MENTS; GOLF BAGS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, GOLF PUTTERS

AND GOLF TEES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

THE MARK CONSISTS OF THE PRODUCT CON-FIGURATION OF A MOTOR VEHICLE. THE DOT-TED LINES ARE USED TO INDICATE THE POSITION OF THE WHEELS, AND ARE NOT A PART OF THE MARK.

SEC. 2(F).

SER. NO. 78-285,492, FILED 8-11-2003.

SCOTT OSLICK, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 3,014,908**

## United States Patent and Trademark Office

Registered Nov. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: TOYS, NAMELY MINIATURE MODELS OF
VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE
CONSTRUCTION OF TOY VEHICLES COLLECT-
ABLE TOY CARS, RADIO CONTROLLED CARS
AND PEDAL CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 11-30-1999; IN COMMERCE 11-30-1999.

THE MARK CONSISTS OF THE PRODUCT CON-
FIGURATION OF A MOTOR VEHICLE. THE DOT-
TED LINES ARE USED TO INDICATE THE
POSITION OF THE WHEELS, AND ARE NOT A
PART OF THE MARK.

SEC. 2(F).

SER. NO. 78-312,753, FILED 10-13-2003.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,994,281

Registered Sep. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: TOYS, NAMELY, MINIATURE MODELS OF VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE CONSTRUCTION OF TOY VEHICLES, COLLECTABLE TOY CARS, RADIO CONTROLLED CARS, PEDDLE CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-30-1999; IN COMMERCE 11-30-1999.

THE MARK CONSISTS OF THE PRODUCT CONFIGURATION OF A MOTOR VEHICLE. THE DOTTED LINES ARE USED TO INDICATE THE POSITION OF THE WHEELS, AND ARE NOT A PART OF THE MARK.

SEC. 2(F).

SER. NO. 78-312,768, FILED 10-13-2003.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,953,685

**United States Patent and Trademark Office**

Registered May 17, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

# HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTERP.O. BOX 300P.O. BOX
300
DETROIT, MI 482653000

FOR: DEODORANTS, ANTIPERSPIRANTS, FA-
CIAL CLEANSERS, FACIAL CREAMS, FACIAL
SCRUBS, FACIAL LOTION, DEODORANT SOAP,
NON-MEDICATED LIP BALM, COLOGNE, PER-
FUME, AFTER-SHAVE GEL, AFTER-SHAVE LO-

TIONS, AND SHOWER GEL, IN CLASS 3 (U.S. CLS. 1,
4, 6, 50, 51 AND 52).

FIRST USE 8-16-2004; IN COMMERCE 8-16-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-324,501, FILED 11-7-2003.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 3,056,298

**United States Patent and Trademark Office**

Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# H2

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

    FOR: DEODORANTS, ANTIPERSPIRANTS, FA-
CIAL CLEANSERS, FACIAL CREAMS, FACIAL
SCRUBS, FACIAL LOTION, DEODORANT SOAP,
NON-MEDICATED LIP BALM, COLOGNE, PER-
FUME, AFTER-SHAVE GEL, AFTER-SHAVE LO-
TIONS, AND SHOWER GEL, IN CLASS 3 (U.S. CLS. 1,
4, 6, 50, 51 AND 52).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-324,504, FILED 11-7-2003.

DOUGLAS LEE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,242,874

Registered May 15, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ACADIA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-22-2006; IN COMMERCE 11-22-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-427,839, FILED 6-1-2004.

JIM RINGLE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 3,242,874

Registered May 15, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ACADIA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-22-2006; IN COMMERCE 11-22-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-427,839, FILED 6-1-2004.

JIM RINGLE, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 3,079,033**

## United States Patent and Trademark Office

Registered Apr. 11, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: TOYS, NAMELY MINIATURE MODELS OF VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE CONSTRUCTION OF TOY VEHICLES, COLLECTABLE TOY CARS, RADIO CONTROLLED CARS, PEDDLE CARS, AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-30-2002; IN COMMERCE 4-30-2002.

OWNER OF U.S. REG. NOS. 2,926,350, 2,994,281 AND OTHERS.

THE MARK CONSISTS OF THE PRODUCT CONFIGURATION OF A MOTOR VEHICLE. THE DOTTED LINES ARE USED TO INDICATE THE POSITION OF THE WHEELS, AND ARE NOT A PART OF THE MARK.

SEC. 2(F).

SER. NO. 78-535,964, FILED 12-21-2004.

KYLE PEETE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# ELEVATION

**Reg. No. 4,973,662**

**Registered June 7, 2016**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 12-15-2015; IN COMMERCE 12-15-2015.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-242,370, FILED 4-4-2014.

LYNDSEY KUYKENDALL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:   A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# AT4

**Reg. No. 5,751,578**

**Registered May 14, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 9-30-2018; IN COMMERCE 9-30-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-818,051, FILED 11-12-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DENALI ULTIMATE

**Reg. No. 6,563,122**

**Registered Nov. 16, 2021**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor vehicles, namely, automobiles, sport utility vehicles, trucks and structural parts therefor

FIRST USE 12-31-2016; IN COMMERCE 12-31-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ULTIMATE"

SER. NO. 87-694,431, FILED 11-22-2017





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# HUMMER

**Reg. No. 5,519,708**

**Registered Jul. 17, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Spare tire covers

FIRST USE 4-1-2006; IN COMMERCE 4-1-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-810,656, FILED 02-26-2018



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.