# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

General Motors LLC

                         Plaintiff,

v.                                            Case No.: 1:22–cv–03018

                                                             Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 8/23/2022. Defendants did not appear nor contact the Court. Plaintiff's motion for entry of default and default judgment [49] is granted. Default judgment is entered in favor of plaintiff and against remaining defendants identified on Schedule A. Enter Order. Telephone status hearing set for 9/8/2022 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.