**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC, | Case No. 22-cv-03018 |
| Plaintiff, | |
| | **Judge Sharon Johnson Coleman** |
| v. | |
| | **Magistrate Judge David Weisman** |
| CHANGBANGSHANGMAO, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff General Motors LLC ("Plaintiff" or "GM") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and GM having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by GM a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

GM having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of GM's federally registered trademarks (the "GMC Trademarks") to residents of Illinois. A list of the GMC Trademarks is included in the below chart.

| Registration Number | Registered Trademark | Class | Goods and Services |
|---|---|---|---|
| 646,914 | GMC | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories for others. |
| 1,062,719 | GMC | 012 | Motor vehicles-namely, trucks. |
| 1,337,811 | GMC | 012 | Motor Driven Trucks and Buses. |
| 1,470,781 | GMC | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits. |
| 1,569,557 | GMC | 012 | Motor vehicles; namely, trucks, pick-up trucks, sport utility trucks, cargo vans, passenger vans, engines therefor and structural parts thereof; cabs and chassis for trucks, cabs and chassis for recreational vehicles, chassis for motor homes, and chassis for |

| | | | buses. |
|---|---|---|---|
| 2,449,301 | GMC | 009 | Sunglasses, magnets, thermometers not for medical use, computer game software, mouse pads, neon signs |
| 2,455,330 | GMC | 025 | Jackets, t-shirt, hats. |
| 2,459,744 | GMC | 021 | Cups, mugs, portable coolers, portable ice chests for food and beverages. |
| 2,459,748 | GMC | 028 | Toys, namely, die cast toy vehicles, model toy vehicles, radio controlled toy vehicles. |
| 2,459,750 | GMC | 006 | Non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal key rings, metal license plates. |
| 2,461,681 | GMC | 018 | Leather card holders, tote bags, duffel bags, athletic bags, luggage, umbrellas. |
| 2,461,697 | GMC | 014 | Clocks, watches, belt buckles of precious metals, money clips of precious metals, lapel pins. |
| 2,700,392 | GMC | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plaques, plastic flags, stools. |
| 3,242,874 | ACADIA | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof. |
| 5,751,578 | AT4 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof. |
| 2,224,539 | DENALI | 012 | Motor vehicles, namely sport utility vehicles, engines therefor and structural parts thereof. |
| 6,563,122 | DENALI  ULTIMATE | 012 | Motor vehicles, namely, |

| | | | automobiles, sport utility vehicles, trucks and structural parts therefor. |
|---|---|---|---|
| 4,973,662 | ELEVATION | 012 | Motor land vehicles, namely, trucks. |
| 3,056,298 | H2 | 003 | Deodorants, cologne. |
| 3,453,396 | H3 | 028 | Miniature models of vehicles, toy vehicles, hobby kits for the construction of toy vehicles, collectable toy cars, radio controlled toy cars, ride-on toys in the nature of pedal cars, board games, balloons, stand alone video game machines, hand held unit for playing video games, pinball machines, Christmas tree ornaments, golf ball markers, golf balls, golf clubs. |
| 3,457,399 | H3 | 006 | Metal key chains, metal key fobs, metal key rings, non-luminous and non-mechanical metal signs, non-luminous and non-mechanical metal parking signs, non-luminous and non-mechanical metal street signs, metal license plates. |
| 3,717,305 | H3 | 016 | Pens, notepads, gift cards, decals, stickers, bumper stickers, calendars, money clips. |
| 2,245,635 | HUMMER | 028 | Toys, namely, toy trucks and model kits for building toy trucks. |
| 2,414,500 | HUMMER | 025 | Hats, shirts. |
| 2,732,501 | HUMMER | 012 | Bicycles. |
| 2,953,685 | HUMMER | 003 | Cologne. |
| 5,519,708 | HUMMER | 012 | Spare tire covers. |
| 2,744,964 | LIKE NOTHING ELSE | 025 | Shirts, tee shirts, hats. |
| 2,057,709 | SAVANA | 012 | Motor vehicles; namely, passenger and cargo vans. |
| 1,573,202 | SIERRA | 012 | Motors vehicles; namely, trucks, engines therefor, and structural parts thereof. |
| 2,683,735 | SIERRA | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal |

| | | | key tags, non-metal license plates. |
|---|---|---|---|
| 2,596,034 | WE ARE PROFESSIONAL GRADE | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof. |
| 1,598,480 | YUKON | 012 | Motor vehicles, namely, trucks, engines therefor and structural parts thereof. |
| 2,515,604 | **HUMMER** | 016 | Automotive books, calendars, posters. |
| 2,631,795 | **HUMMER** | 018 | Backpacks. |
| 2,740,337 | **HUMMER** | 028 | Collectable toy cars, die cast vehicle models, plastic vehicle hobby kits for the construction of toy vehicles, plastic vehicle models, radio controlled cars. |
| 2,654,456 | **HUMMER** | 006 | Metal key chains, metal key fobs, metal key rings, metal keys, metal license plates, non-luminous and non-mechanical metal signs, non-luminous and non-mechanical metal parking signs, ornamental replica vehicles made of metal, non-luminous and non-mechanical metal street signs. |
| 2,645,796 | **HUMMER** | 009 | Binoculars; calculators; photograph cameras; compasses; computer mouse pads; computer mouses; computer game software for use in arcade games, hand held electronic games and video games; computer screen saver software; computer and video game cartridges; video game interactive hand held remote controls for playing electronic games; hand held joy stick units for playing video games; electric signs; eyeglass cases; eyeglasses; graduated rulers; magnets; magnifying glasses; neon signs, pre-recorded video tapes featuring information on automobiles; radio |

| | | | |
|---|---|---|---|
| | | | antennas; radios; sunglasses; tape measures; telephones; thermometers not for medical use; tire pressure gauges; video tape rewinders; and yard sticks. |
| 2,954,605 | **HUMMER** | 025 | Caps, golf shirts, hats, jackets, polo shirts, t-shirts. |
| 2,625,050 | **HUMMER** | 026 | Belt buckles for clothes not of precious metal. |
| 2,625,051 | **H2** | 006 | Metal key rings, metal key fobs, metal license plates. |
| 2,604,940 | **H2** | 016 | Posters. |
| 2,707,075 | **H2** | 025 | Clothing, namely, caps, hats. |
| 2,659,457 | | 025 | Clothing, namely, caps, hats, t-shirts. |
| 2,994,281 | | 028 | Toys, namely, miniature models of vehicles, toy vehicles, collectable toy cars. |
| 3,014,908 | | 028 | Toys, namely miniature models of vehicles, toy vehicles, hobby kits for the construction of toy vehicles collectable toy cars, radio controlled cars and pedal cars. |

| 2,926,350 | | 028 | Toys, namely, miniature models of vehicles, toy vehicles, hobby kits for the construction of toy vehicles, collectable toy cars, radio controlled cars, peddle cars, stand alone video game machines. |
| 3,079,033 | | 028 | Toys, namely, miniature models of vehicles, toy vehicles, collectable toy cars, radio controlled cars, peddle cars. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that GM's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a.  using the GMC Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GM product or not authorized by GM to be sold in connection with the GMC Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine GM product or any other product produced by GM, that is not GM's or not produced

7

under the authorization, control or supervision of GM and approved by GM for sale under the GMC Trademarks;

c.   committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of GM, or are sponsored by, approved by, or otherwise connected with GM;

d.   further infringing the GMC Trademarks and damaging GM's goodwill; and

e.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GM, nor authorized by GM to be sold or offered for sale, and which bear any of GM's trademarks, including the GMC Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.   Upon GM's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate.com Inc. ("DHgate"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the GMC Trademarks.

8

3.      Pursuant to 15 U.S.C. § 1117(c)(2), GM is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit GMC Trademarks in connection with the sale of products through at least Defaulting Defendants' Online Marketplaces.

4.      GM may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, Wish.com, Amazon Pay, and DHgate by e-mail delivery to the e-mail addresses GM used to serve the Temporary Restraining Order on the Third Party Providers.

5.      Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Etsy, Wish.com, Amazon Pay, and DHgate, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6.      All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Wish.com, Amazon Pay, and DHgate, are hereby released to GM as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Walmart, Etsy, Wish.com, Amazon Pay, and DHgate, are ordered to release to GM the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.     Until GM has recovered full payment of monies owed to it by any Defaulting Defendant, GM shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, Walmart, Etsy, and DHgate in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Amazon Pay, and DHgate shall within seven (7) calendar days:

   a.   locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

   b.   restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c.   release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.     Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days:

   a.   locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected

10

to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to GM as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

9. In the event that GM identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, GM may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by GM is hereby released to GM or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to GM or its counsel.

This is a Final Judgment.

DATED: August 23, 2022

Sharon Johnson Coleman
United States District Judge

11

General Motors LLC v. changbangshangmao, et al. - Case No. 22-cv-03018

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | DISMISSED | DISMISSED |
| 2 | amazon.com/sp?seller=A3KW4J66M5EJSS | changbangshangmao |
| 3 | amazon.com/sp?seller=AGURVVNRHW3ED | CHANGSHENGYUANCHANGSHENG |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED |
| 7 | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED |
| 9 | amazon.com/sp?seller=A3NGUDNUOJUGSF | guangzhouyunchimaoyiyouxiangongsi |
| 10 | amazon.com/sp?seller=AZ736ILPHYZA | guaolinshangmao |
| 11 | amazon.com/sp?seller=A24MF0QXOCLWO7 | GuChengXianKaMuLinRiYongBaiHuoDian |
| 12 | amazon.com/sp?seller=A21Q8VFRVHZVB6 | GuoLiang Store |
| 13 | amazon.com/sp?seller=AGSQE0OO0R7K2Q | GuoMei Store |
| 14 | amazon.com/sp?seller=A1XR4OO0BHXWMM7 | GuoYanYuStore |
| 15 | amazon.com/sp?seller=A37SL72SK5TMZ | Hoyang |
| 16 | amazon.com/sp?seller=A11KX2BS039CVD | HUILAN |
| 17 | amazon.com/sp?seller=A9FZZCN7FJH3M | HYNWCDHEC |
| 18 | amazon.com/sp?seller=AKN57B3M8BFVB | JOPPCUSS |
| 19 | amazon.com/sp?seller=A3YUS1P5D8N61 | JunWei Store |
| 20 | amazon.com/sp?seller=A351WM50RHSO3E | justchrome |
| 21 | amazon.com/sp?seller=A2RXZW0KRXTX60 | KAI JIE |
| 22 | amazon.com/sp?seller=AIIH1G2H1VMW5 | Kuwoolf |
| 23 | amazon.com/sp?seller=A2JM872EDVPR7R | Limingdamai |
| 24 | DISMISSED | DISMISSED |
| 25 | amazon.com/sp?seller=A1Q88NL4Z4Y6E8 | Mazixun |
| 26 | amazon.com/sp?seller=A2MQRVL90B087O | MeiWen Store |
| 27 | DISMISSED | DISMISSED |
| 28 | DISMISSED | DISMISSED |
| 29 | amazon.com/sp?seller=A2U8XJOEQTVR41 | qinhuangdaoerjinkejiyouxiangongsi |
| 30 | amazon.com/sp?seller=A2XOU7V20TLESQ | RocarKB |
| 31 | amazon.com/sp?seller=A16EYI15ANCM4O | Shenzhen Jinger Technology Co., Ltd |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |

| 34 | amazon.com/sp?seller=AUKLG9BN4OOMP | TingShengZongHeShangDian |
| 35 | amazon.com/sp?seller=A3NV6XERPEK0SA | UpAuto |
| 36 | amazon.com/sp?seller=A20JRVCO1H1C35 | Vestian |
| 37 | DISMISSED | DISMISSED |
| 38 | amazon.com/sp?seller=A4M50Q6Q6FTMD | WXBYX |
| 39 | amazon.com/sp?seller=AN0TY22YDYRAN | Xiaoyaobaihuo |
| 40 | amazon.com/sp?seller=A3QF0YB6LE6WLP | Xinyangbaihuo |
| 41 | amazon.com/sp?seller=AFMWNICFLWTFE | Xitek |
| 42 | amazon.com/sp?seller=A1NLEXMYWHC2WH | YAKKU |
| 43 | amazon.com/sp?seller=A3D1VVIBPHG39F | Yalongwn |
| 44 | DISMISSED | DISMISSED |
| 45 | amazon.com/sp?seller=A10PT7XPNPO3I8 | YIXU |
| 46 | amazon.com/sp?seller=A21PRD86W9YU5P | YUSDOW |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |
| 49 | amazon.com/sp?seller=A19J9NENAPOO8P | ZhuLi Store |
| 50 | DISMISSED | DISMISSED |
| 51 | ebay.com/usr/2012redheart | 2012redheart |
| 52 | ebay.com/usr/autobotsetoff | autobotsetoff |
| 53 | ebay.com/usr/blankspace89 | blankspace89 |
| 54 | ebay.com/usr/cll_light | cll_light |
| 55 | DISMISSED | DISMISSED |
| 56 | ebay.com/usr/emps1590 | emps1590 |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | ebay.com/usr/happy767 | happy767 |
| 60 | DISMISSED | DISMISSED |
| 61 | ebay.com/usr/homeline2021 | homeline2021 |
| 62 | ebay.com/usr/hong1315 | hong1315 |
| 63 | DISMISSED | DISMISSED |
| 64 | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED |
| 66 | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED |
| 68 | ebay.com/usr/mulinzhang269 | mulinzhang269 |
| 69 | DISMISSED | DISMISSED |
| 70 | ebay.com/usr/*oceanauto* | oceanauto |
| 71 | DISMISSED | DISMISSED |
| 72 | DISMISSED | DISMISSED |
| 73 | ebay.com/usr/raotian61 | raotian61 |

| 74 | DISMISSED | DISMISSED |
|----|-----------|-----------|
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | ebay.com/usr/wingssigns | wingssigns |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | ebay.com/usr/zes-40 | zes-40 |
| 83 | wish.com/merchant/5e6c8b181e1985070024635c | AEDJB |
| 84 | wish.com/merchant/5fd1fbfe344af2ab7d928cf3 | agardy |
| 85 | wish.com/merchant/5fc5e5dee74ab3b37b19d92c | Angdone |
| 86 | wish.com/merchant/54202eb59719cd3d3f8a57a0 | anli fashion |
| 87 | wish.com/merchant/541d9fa77541ce4590e7b6cf | aopiip online store |
| 88 | wish.com/merchant/5e82debc29e78639a75ccd05 | Barry J. Littlejohn |
| 89 | wish.com/merchant/541502a282b9ac45f073c40d | benjianchends shopping |
| 90 | wish.com/merchant/541d6c837541ce458ae7b62a | bjiyhf supper-market |
| 91 | wish.com/merchant/5e896fb002e0177cc0841ba4 | Brianna Fields |
| 92 | wish.com/merchant/5f5d7522002f7c96229f3410 | Caieny Notes |
| 93 | wish.com/merchant/6033399c040c60e44f0cdd1e | caiyu4928 |
| 94 | wish.com/merchant/5ab4962522fad73e7786cb44 | carlifestore |
| 95 | wish.com/merchant/5420345c4ad3ab65569b57cb | cbvjng wholeshop |
| 96 | wish.com/merchant/5709cde0a995b5590d9b1102 | ccy.yfq |
| 97 | wish.com/merchant/5e96cc7d1749e6088653876a | Charles Friedlander |
| 98 | wish.com/merchant/5e8578d229e7865f032e0d9a | Charles R Roberson |

| 99 | wish.com/merchant/5e692e5cf2699a31c2c5918c | clearfechild |
| 100 | wish.com/merchant/5fa004968e1e5ff54e66083f | cmx0001 |
| 101 | wish.com/merchant/5eb4b767a7c9db03c944fbf5 | Creemery Bedfits |
| 102 | wish.com/merchant/5a114a265349201470ba2577 | ctwcarstyle |
| 103 | wish.com/merchant/6161df813845b6426ffdc641 | Dardinas |
| 104 | wish.com/merchant/5e606c0dcdceced374820424 | deaouitg |
| 105 | wish.com/merchant/616a3bec14fba8ed789a43d7 | duyajing24247 |
| 106 | wish.com/merchant/5e8a99e3355fe5fe807f17a5 | edsffs |
| 107 | wish.com/merchant/55a3c0d27f0aef406d08b3b1 | Fashionfashionfly |
| 108 | wish.com/merchant/60c85573d9c0fec5a188797d | fuqiang5630 |
| 109 | wish.com/merchant/5f0d64a302a4cc3d513f9f2b | galayouqing |
| 110 | wish.com/merchant/61400199eb5976f42308312b | gaoshangchao59010 |
| 111 | wish.com/merchant/5e68a565f2699a773ec3cee3 | George Phelps |
| 112 | wish.com/merchant/5fbd3667cb59ab22f58fdece | giocovince |
| 113 | wish.com/merchant/55f2447f4e31f70d9155fff4 | Guangzhou Carsen Trading |
| 114 | wish.com/merchant/541ba5447541ce7742293bb5 | guye fashion |
| 115 | wish.com/merchant/6009280e822b7168a004fb3a | Gyatrd |
| 116 | wish.com/merchant/584f6143ff3da74c89f85f5c | gzaeing |
| 117 | wish.com/merchant/5e837529d605c630c046ea6d | H7MLXJUX5 |
| 118 | wish.com/merchant/5eb4bb42e86a55084be28bfd | Haberber Bibs |
| 119 | wish.com/merchant/5ad06d499bda4e71f491d170 | hangguozi5 |

| 120 | wish.com/merchant/5e9c23bfef1dce0fdfeb3def | Heiryziyu Gifts |
| 121 | wish.com/merchant/5ee9c9ae1886a0235efb5fa4 | heqiumeijk |
| 122 | wish.com/merchant/5fb7e6889dac19ed48ec4692 | HL-Car store |
| 123 | wish.com/merchant/5fc757c807e5bf6768137275 | huangqiong87 |
| 124 | wish.com/merchant/54204b944ad3ab654d9b59e6 | immbgf shopping |
| 125 | wish.com/merchant/5e85bbec43cfc76702a080ce | Jacquecr |
| 126 | wish.com/merchant/60a0a259ff10504af7c94f82 | jiangweibo19086 |
| 127 | wish.com/merchant/5b714419dd0e311994072230 | kaishixinshenghuo |
| 128 | wish.com/merchant/565922fa268e831d08c819ef | Kids Limited |
| 129 | wish.com/merchant/5e85e06929e78674802f2f99 | Kristaahh |
| 130 | wish.com/merchant/5e68800e2fb13f548c0a95de | Kristin Terry |
| 131 | wish.com/merchant/61737f9215732d14d4f9edb3 | lichunbo00419 |
| 132 | wish.com/merchant/613454cbf5507ac8ff77479f | lijin41592 |
| 133 | wish.com/merchant/5416a9d482b9ac45de73e88d | lijunying fashion |
| 134 | wish.com/merchant/6173998d6f8c8be428f9ed75 | limengxiang89165 |
| 135 | wish.com/merchant/5e81a79c36e4b87992d1252e | Linsey LaPlant |
| 136 | wish.com/merchant/619b1288a0a5510fb6f93b54 | lishuaiqi22803 |
| 137 | wish.com/merchant/596d9e958a43d261d88918ed | liuxiulan2017 |
| 138 | wish.com/merchant/54119e4a82b9ac08c970da32 | lixueyi fashion |
| 139 | wish.com/merchant/60711eeb15c55f27def63e32 | LIYAPENG1057 |
| 140 | wish.com/merchant/5f55d4ddde2080743e95d5f7 | lizhendong66058 |

| 141 | wish.com/merchant/60cdb792756c5824ba69a218 | lizhiqing4461 |
| 142 | wish.com/merchant/604dbe158d58879f5b6ca233 | ljhajhgdszx |
| 143 | wish.com/merchant/5eb77502ed007e1ec02b45e2 | lqwen |
| 144 | wish.com/merchant/615fea792e8e47512432f2bb | lyawgfwehviva |
| 145 | wish.com/merchant/5f20de78a21527e749b65e5d | Make your car prettier |
| 146 | wish.com/merchant/5e8306eb6f26ee7c41f7eae4 | Mary Lemonovich |
| 147 | wish.com/merchant/614d388b2a9a88fab4ea6eb5 | maxiaotian55725 |
| 148 | wish.com/merchant/541bec529719cd08f920920d | mayuqing fashion |
| 149 | wish.com/merchant/5f9bce25731c643e3a7c5d1a | Meijunyan |
| 150 | wish.com/merchant/5e9a8c64da2ff277a642b9b6 | Michael L Sealy |
| 151 | wish.com/merchant/5afa70e38699ce7e50ed6aa5 | mihui |
| 152 | wish.com/merchant/59c4aafd90a0f1443a394422 | MondayDeal |
| 153 | wish.com/merchant/5e7ec6bbb6aaab344b021e07 | Nicolas Stos |
| 154 | wish.com/merchant/5d4ed20e1527546dc2ad649e | niKingwSvYn |
| 155 | wish.com/merchant/5d5b60741d862919ef3aaf1a | obao store |
| 156 | wish.com/merchant/5e9aaf9da4259357d498a41d | Ouapady Underwear |
| 157 | wish.com/merchant/60a486358acf9228e73feac8 | pangmeili52607 |
| 158 | wish.com/merchant/5ebb835f73246a630723c695 | pmrij50shop |
| 159 | wish.com/merchant/5f8ffe039a5ce1a7dfbf9396 | puxingzuo4564 |
| 160 | wish.com/merchant/5f02c6e271c65d004b2e1444 | qucuilong199 |
| 161 | wish.com/merchant/5e6eed495510400340a391da | Randy Moore |

| 162 | wish.com/merchant/5f9a91a44eaec8421b6451b1 | Rangyijia |
|-----|---------------------------------------------|-----------|
| 163 | wish.com/merchant/5f61c27b33cfe2b93119b17f | rcbplgnmxxd |
| 164 | wish.com/merchant/5af277ebca923e584d4774b0 | reuzbvv |
| 165 | wish.com/merchant/5e688dd6c96e285d278ffd33 | Robert Williford |
| 166 | wish.com/merchant/5e7c1235435e960042370dfc | Ronald Cotton |
| 167 | wish.com/merchant/541d6d90f8abc806002c8aaa | sfderg shopping |
| 168 | wish.com/merchant/616a44b189ab8ff79d0ae162 | shaocheng24350 |
| 169 | wish.com/merchant/5ee48bd8cd792003ce8e7f47 | Sheenpal coats |
| 170 | wish.com/merchant/5f4080b1dd315e8903b31c2d | Songchenhui820 |
| 171 | wish.com/merchant/5ee328dc29e7860381aa7bc0 | Songkelin |
| 172 | wish.com/merchant/5e9a665b0dfa8421bd9d6274 | SSD5S56 |
| 173 | wish.com/merchant/5fd03716cd51092e0cdfb49a | sunchuangwei8163 |
| 174 | wish.com/merchant/5912b46b4cb676745bbbb152 | SuperAccessory |
| 175 | wish.com/merchant/5f9e317bb189b6dee3d47814 | suyongxingdwg |
| 176 | wish.com/merchant/5e9bf7e3f5b57c32411455a4 | Terbeily pants |
| 177 | wish.com/merchant/616b90d01c813c0bd8cf20a6 | Tqnvuf |
| 178 | wish.com/merchant/5e837018cb8079a71bd8e362 | VBYFR2TLJ |
| 179 | wish.com/merchant/5edf5c444ef63e86a006db1e | wangjinglo |
| 180 | wish.com/merchant/5f263f0e18cfb1015e27b838 | wangxuebing01781 |
| 181 | wish.com/merchant/61345a81af8ab347c5fa283c | wangziqiong52824 |
| 182 | wish.com/merchant/5ad20391c989493854ec5891 | wdatmnur |

| 183 | wish.com/merchant/5e5c96f6396bff4c40cde3cf | wenshuipuxiu |
| 184 | wish.com/merchant/5fc74128dfa23912fd1f97bd | Wenyiduoe |
| 185 | wish.com/merchant/5e9826c457aca632007048f9 | xbbxjakxjnj |
| 186 | wish.com/merchant/5f72d8895b07dba2df97dede | xiaoya Store me |
| 187 | wish.com/merchant/60cd9a8115da104a413b6557 | xingshuangpeng2965 |
| 188 | wish.com/merchant/541c4086f8abc81501bc081c | xjehrjh shopping |
| 189 | wish.com/merchant/59c60ee93eb22a3eecbee43c | xwallart |
| 190 | wish.com/merchant/541baa3382b9ac28b1503ed2 | yandong fashion |
| 191 | wish.com/merchant/5b179c9c7752c84ae57ac5d2 | yangtongqiang |
| 192 | wish.com/merchant/5e6b2623bfd877004fbf9287 | yangzj111 |
| 193 | wish.com/merchant/5b1a624e7b94e16cfaf123ea | yanyan li happy |
| 194 | wish.com/merchant/54066f1e1d2d434f8cf0ccdc | yezhi Friday |
| 195 | wish.com/merchant/5e6b7f1e3a00e7a432b72870 | YituyijLr |
| 196 | wish.com/merchant/5e96d5078f6774004dfde293 | yjrnjcshop |
| 197 | wish.com/merchant/59254770e8ff5548aafe93ea | YK Trading |
| 198 | wish.com/merchant/61039a7ed549b3006bbd3b02 | youyan7505 |
| 199 | wish.com/merchant/5f83e61e2e7154003a0b56fc | yuanmingchao |
| 200 | wish.com/merchant/5d96ee1e52e0247caa2baf88 | yufanyangtu |
| 201 | wish.com/merchant/61875ee95f23c1e59e58f9bd | yuqilibgusn |
| 202 | wish.com/merchant/5ac8b4ca81260b0a674e58e6 | yuwanxia |
| 203 | wish.com/merchant/5ef7202a41e2f50c8268fcae | ZHAN.CMVI09-O |
| 204 | wish.com/merchant/613dcc779001235bce64f5c4 | zhangguotao14776 |
| 205 | wish.com/merchant/5e9656c47940bf0b2f3cdb9d | zhaoyanghshop |
| 206 | wish.com/merchant/60c85feae84b6e5d2f3b71bb | zhouchuanwu3899 |

| 207 | wish.com/merchant/5ebcfc9672c3a2150110fbb5 | zhuyihang9122 |
| 208 | wish.com/merchant/5b90c0ffb418c616332b23ca | zidang69259381 |
| 209 | wish.com/merchant/5e9bc3feda2ff21f1542bb00 | zipengdaoyue |